**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1099**

MARSHA JAMESON,

                Plaintiff - Appellant,

        v.

UNITED STATES POST OFFICE, Office of the Inspector General; JOHN
E. POTTER, Postmaster General,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:09-cv-00583-CMH-TCB)

Submitted:  October 20, 2010          Decided:  November 1, 2010

Before KING, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marsha Jameson, Appellant Pro Se.  Dennis Carl Barghaan, Jr.,
Assistant United States Attorney, Alexandria, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marsha Jameson appeals the district court's order granting summary judgment to Defendants in this action alleging employment discrimination in violation of the Rehabilitation Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jameson v. United States Post Office, No. 1:09-cv-00583-CMH-TCB (E.D. Va. filed Dec. 8, 2009; entered Dec. 9, 2009). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED